# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| RS SERVICES OF NORTH AMERICA LLC, | ) ) ) | C/A No.: 2:09-1768 DCN |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **ORDER** |
| FEDERAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon defendant Federal Insurance Company Motion to Compel plaintiff RS Services of North America LLC to respond to request for production. The motion was filed on April 19, 2010.

**IT IS THEREFORE ORDERED,** that the Motion to Compel is **GRANTED**. Plaintiff shall produce these documents by noon on Wednesday, May 5, 2010.

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
April 28, 2010